**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ADA DONOFRIO,

                              Plaintiff,                    18 **CIVIL** 9968 (ER)

               -against-                             **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,
                                 Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 27, 2020, Donofrio's motion for judgment on the pleadings is granted and the Commissioner's cross-motion for judgment on the pleadings is denied; The case is remanded for future proceedings consisting with his Court's Opinion.

**Dated:** New York, New York
           March 29, 2020

                                                                 **RUBY J. KRAJICK**
                                                           _____
                                                                 Clerk of Court
                           **BY:**
                                                               _____
                                                                 **Deputy Clerk**